IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-699-AP

SHERRI L. WILSON,

      Plaintiff,

v.

CAROLYN W. COLVIN, ACTING COMMISIONER OF SOCIAL SECURITY,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

**Brett M. Busch, Esq.**
Busch Law Offices
903 N. Cleveland Ave., Suite A
Loveland, CO  80537
(970) 667-2898
Fax (970) 292-8810
brett@mbuschlaw.com

<u>For Defendant</u>:

**John F. Walsh**
United States Attorney

**J. Benedict García**
Assistant United States Attorney
United States Attorney's Office
District of Colorado

**Michael S. Howard, Esq.**
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Secuurity Administration
1001 Seventeenth Street
Denver, CO  80202
(303) 844-7192

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

  **A.      Date Complaint Was Filed:**  March 18, 2013

  **B.      Date Complaint  Was Served on U.S. Attorney's Office:**  March 21, 2013

  **C.      Date Answer and Administrative Record Were Filed:**  May 17, 2013

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of the-ordinary claims.  There have been no remands.

**7.      OTHER MATTERS**

None.  This case was not previously remanded by the Court.

**8.      BRIEFING SCHEDULE**

  **A.      Plaintiff's Opening Brief Due:**            **07/15/13**

  **B.      Defendant's Response Brief Due:**          **08/14/13**

  **C.      Plaintiff's Reply Brief (If Any) Due:**       **08/29/13**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

  **A.      Plaintiff's Statement:**  Oral argument requested.

  **B.      Defendant's Statement:** Oral argument is not requested.

10.   **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.   ( )   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.   ( X )   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.   **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 6th day of June, 2013.

BY THE COURT:


*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY


s/Brett M. Busch
BRETT M. BUSCH, ESQ.
903 N. Cleveland Ave., Suite A
Loveland, CO  80537
Phone (970) 667-2898
Fax (970) 292-8810
brett@mbuschlaw.com

s/ Michael S. Howard
MICHAEL S. HOWARD
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO  80202
Phone (303) 844-7192
michael.howard@ssa.gov


Attorney for Plaintiff

Attorney for Defendant