IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-699-AP

SHERRI L. WILSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, ACTING COMMISIONER OF SOCIAL SECURITY,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

**Brett M. Busch, Esq.**
Busch Law Offices
903 N. Cleveland Ave., Suite A
Loveland, CO  80537
(970) 667-2898
Fax (970) 292-8810
brett@mbuschlaw.com

For Defendant:

**John F. Walsh**
United States Attorney

**J. Benedict García**
Assistant United States Attorney
United States Attorney's Office
District of Colorado

**Michael S. Howard, Esq.**
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Secuurity Administration
1001 Seventeenth Street
Denver, CO  80202
(303) 844-7192

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**  March 18, 2013

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**  March 21, 2013

    **C.     Date Answer and Administrative Record Were Filed:**  May 17, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of the-ordinary claims.  There have been no remands.

**7.     OTHER MATTERS**

None.  This case was not previously remanded by the Court.

**8.     BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:**           07/15/13

    **B.     Defendant's Response Brief Due:**       08/14/13

    **C.     Plaintiff's Reply Brief (If Any) Due:**     08/29/13

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:**  Oral argument requested.

    **B.     Defendant's Statement:** Oral argument is not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

- B.    ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 6th day of June, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

| | |
|---|---|
| s/Brett M. Busch | s/ Michael S. Howard |
| BRETT M. BUSCH, ESQ. | MICHAEL S. HOWARD |
| 903 N. Cleveland Ave., Suite A | Special Assistant United States Attorney |
| Loveland, CO  80537 | Assistant Regional Counsel |
| Phone (970) 667-2898 | Office of the General Counsel |
| Fax (970) 292-8810 | Social Security Administration |
| brett@mbuschlaw.com | 1001 Seventeenth Street |
| | Denver, CO  80202 |
| | Phone (303) 844-7192 |
| | michael.howard@ssa.gov |
| Attorney for Plaintiff | Attorney for Defendant |